AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| David Ferrusquia-Sanchez | ) | 3:21-mj-00035 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 22, 2021__ in the county of __Putnam__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(5) | ILLEGAL ALIEN IN POSSESSION OF A FIREARM. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Gary Olcott, US ICE
*Printed name and title*

Sworn to before me and signed by reliable electronic means.

Date: April 8, 2021

_____
Judge's signature

City and state: Huntington, West Virginia

Cheryl A. Eifert, United States Magistrate Judge
*Printed name and title*